UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-81107-CIV-HURLEY/LYNCH

IAN M. WHITE,

      Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner,
Social Security Administration,

      Defendant.
_____/

Filed by _____
Non-Compliance with
FRAP 4(n)

OCT 1 2 2006

West Palm Beach Clerk's Office

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND COURT COSTS AND PLAINTIFF'S AMENDED MOTION FOR ATTORNEY'S FEES AND COSTS

**THIS CAUSE** is before the court upon the plaintiff's motion for award of attorney's fees and court costs [DE # 25], the plaintiff's amended motion for attorney's fees and costs [DE # 22], and the report and recommendation of the Honorable Frank J. Lynch, Jr., United States Magistrate Judge, recommending that the plaintiff's motions be granted. No objections were filed to the magistrate judge's report.

Pursuant to Fed. R. Civ. P. 72(b), "The district judge . . . shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule." The rule requires that objections be filed within ten days of service of the report and recommendation, and that the objecting party arrange for transcription of sufficient portions of the record. Fed. R. Civ. P. 72(b). The district judge may then "accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions." *Id.* Portions of the report and

Order Adopting R & R of Magistrate Judge
White v. Barnhart
Case No. 05-81107-CIV-HURLEY/LYNCH

recommendation that are not specifically objected to are subject to the clear error standard. The identical requirements are set forth in 28 U.S.C. § 636(b)(1).

Upon review of the report of the magistrate judge, it is hereby **ORDERED** and **ADJUDGED**:

1. The Report and Recommendation of the United States Magistrate Judge [DE # 26] is **ADOPTED** in its entirety and incorporated herein by reference.

2. The plaintiff's motion for award of attorney's fees and court costs [DE # 25] and the plaintiff's amended motion for attorney's fees and costs [DE # 22] are **GRANTED** consistent with the magistrate judge's report and recommendation. A final costs judgment will be issued in a separate order.

**DONE** and **SIGNED** in chambers at West Palm Beach, Florida this _11_ day of October, 2006.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*
Hon. Frank J. Lynch, Jr.

For updated court information, visit unofficial Web site at http://us.geocities.com/uscts